IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE HARTFORD FINANCIAL
SERVICES GROUP, INC.,

     Plaintiff,                    No. CIV S-05-1202 FCD DAD PS

    vs.

ANTHONY MARTINI,

     Defendant.               ORDER

/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 8, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed November 8, 2005, are adopted in full;

1

2. This state civil action is summarily remanded to the County Court, in and for Sarasota County, Florida; and

3. The Clerk is directed to close this case.

DATED: November 29, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge